JAKE WIELINGA, APPELLEE, V. BEATRICE CREAMERY COM-
PANY, APPELLANT.

FILED FEBRUARY 27, 1914. NO. 17,563.

**Appeal: AFFIRMANCE.** On appeal the judgment below will be affirmed,
where appellant's brief does not comply with the court's rules,
and no error in the proceedings or judgment of the trial court is
assigned or pointed out in the brief of appellant, and no plain
error appears in the record.

APPEAL from the district court for Lancaster county:
P. JAMES COSGRAVE, JUDGE. *Affirmed.*

*Talbot & Allen,* for appellant.

*George A. Adams, contra.*

ROSE, J.

This is a controversy over a lot 100 feet long and 33
feet wide in the village of Holland. Plaintiff pleads
ownership and right of possession. Under a lease from an
adverse claimant, defendant asserts the right to use a
building on the lot for a milk station. Plaintiff recovered
judgment, and defendant has appealed.

In the brief of appellant no effort has been made to
comply with the statutory provision that "the brief of
appellant shall set out particularly each error asserted."
Code, sec. 675c. The court's rules relating to assignments
of error are also ignored. The record does not disclose
a plain error within the meaning of the enactment that
the supreme court may consider such an error, though not
specified in appellant's brief. Code, sec. 675c. The name
of the judge before whom the cause was tried in the court
below is also omitted from appellant's brief. It follows
that the judgment below is

AFFIRMED.